GEORGE M. VLAZAKIS., State Bar No. 88237
LAW OFFICES OF GEORGE M. VLAZAKIS
225 Brush Street
Oakland, California 94607
Telephone (510) 836-4437          Fax: (510) 836-4464

Attorneys for Plaintiff
JAMES SINGH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JAMES SINGH,

          Plaintiff,

    v.

THE CITY OF OAKLAND, (a California
Corporation), MacARTHUR METRO (a
California Nonprofit Corporation),
RICHARD SPEES (individually and as a
former member of the Oakland City
Council), DENNIS EVANOSKY, WILLIAM
SINGMAN, SHAWN STARK, TONI LOCKE,
JEANETTE BENSON, and DOES 1 through
100,

          Defendants.

Case No.  C 03-5246 PJH

**STIPULATION AND ORDER FOR
CONTINUANCE OF DATE OF FILING
PARTIES' JOINT PRETRIAL
CONFERENCE STATEMENT, JURY
INSTRUCTIONS AND RELATED
MATTERS**

IT IS STIPULATED by the parties, through their counsel, as follows:

The date of filing of the Joint Pretrial Conference Statement, currently set for filing with the Court on January 31, 2006, is extended to February 6, 2006.

The parties' Joint Jury Instructions shall be filed with the Court on February 6, 2006.

The parties shall file and serve their Motions in Limine on or before February 6, 2006.  Written opposition to a party's Motions in Limine shall be filed and served on or before

–1–

1  February 8, 2006.

2          The parties shall exchange their list of exhibits and copies of exhibits and other

3  documentary materials to be used at trial on or before February 6, 2006.

4          The parties' Joint Statement of the Case, Proposed Voir Dire questions, and

5  Proposed Verdict Forms shall be filed with the Court on February 10, 2006.

6      **THE ABOVE IS SO STIPULATED.**

7

8  Dated:  January 31, 2006

9                          LAW OFFICES OF GEORGE M. VLAZAKIS

10

11                      By:_____/s/_____
                                Attorneys for Plaintiff
12                              JAMES SINGH

13

14  Dated:  January 31, 2006

                           JOHN A. RUSSO, City Attorney
15                         RANDOLPH W. HALL, Assistant City Attorney
                           PETER HALLIFAX, Deputy City Attorney
16

17                      By: _____/s/_____
                                Attorneys for Defendant
18                              CITY OF OAKLAND

19

20

21  **THE ABOVE IS SO ORDERED.**

22

23  Dated: _____

24

25                      _____
                        JUDGE                    DISTRICT COURT

26

-2-

STIPULATION RE LATE FILING OF PRETRIAL MATERIALS          C-03 5246 SI