GEORGE M. VLAZAKIS, ESQ., S.B. #88237
LAW OFFICES OF GEORGE M. VLAZAKIS
225 Brush Street
Oakland, California 94607
Telephone: (510) 836-4437
Facsimile: (510) 836-4464

Attorney for Plaintiff
JAMES SINGH

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH, | CASE NO.: C035246SI |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL AND PRETRIAL CONFERENCE DATES |
| v. | |
| THE CITY OF OAKLAND, et al., | Trial Date: 2/27/06<br>Time: 8:30 a.m. |
| Defendants. | Courtroom: 4 |
| _____/ | Judge: Susan Illston |

IT IS STIPULATED by the parties, through their counsel, as follows:

1.   With the Court's consent, the trial date is requested to be continued from February 27, 2006 to September 25, 2006.

2.   The Pretrial Conference is requested to be continued from February 14, 2006 to September 12, 2006 at 3:30 p.m. in Courtroom 4.

3.   All previous cutoff dates and dates for filing of trial documents provided for in the Court's Pretrial Order shall remain in effect except that copies of the parties' trial exhibits shall

//

//

be lodged with the Court the Friday before the scheduled trial date.

    THE ABOVE IS SO STIPULATED.

Dated: February 9, 2006    LAW OFFICES OF GEORGE M. VLAZAKIS


By:_____
    GEORGE M. VLAZAKIS
    Attorney for Plaintiff
    JAMES SINGH


Dated: February 9, 2006    OFFICE OF THE CITY ATTORNEY
    CITY OF OAKLAND


By:_____
    PETER HALLIFAX
    Attorney for Defendant
    CITY OF OAKLAND


    The February 27, 2006 Trial date is continued to September 25, 2006
_____.  The February 14, 2006 Pretrial Conference date is continued to __September 12, 2006_____ at 3:30 p.m. in Courtroom 4.


    THE ABOVE IS SO ORDERED.


Dated: ___2/13/06_____    _____
    Judge of the U.S. District Court


c:\wp9docs\singh.james\city.of.oakland\pleadings\continue.trial.stip.ord