IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH, | No. C 03-05246 SI |
| Plaintiff, | **ORDER RE: DISCOVERY** |
| v. | |
| THE CITY OF OAKLAND, et al., | |
| Defendants. | |

Now before the Court plaintiff's motion to compel the deposition of T. Nguyen. Plaintiff first noticed the deposition for September 15, 2005, but for a variety of reasons the deposition has not yet taken place. Defendants do not oppose producing Nguyen for deposition. It therefore appears that the only dispute between the parties is over the date of the deposition. The Court will not schedule Nguyen's deposition. The parties are instructed to meet and confer to find a mutually agreeable time and place for the deposition. To ensure the deposition is held promptly, defendants must produce Nguyen before September 8, 2006.

In its opposition, defendant states that "the City will assume that plaintiff does not intend to produce documents or witnesses at trial." In light of the record in this case, the Court observes that this is a faulty assumption. Trial in this matter commences on September 25, 2006 and the Court expects both sides to be ready for trial with witnesses and documents.

**IT IS SO ORDERED.**  (Docket # 105)

Dated: August 17, 2006

SUSAN ILLSTON
United States District Judge