**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH, | No. C 03-05246 SI |
| Plaintiff, | **SUPPLEMENTAL ORDER OF DISMISSAL UPON SETTLEMENT** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

In clarification of the Court's September 26, 2006 Order of Dismissal Upon Settlement, the Court hereby ORDERS that this matter be DISMISSED WITH PREJUDICE, subject to the condition that plaintiff James Singh may appeal any prior interlocutory order entered by the Court in this matter. *See* Fed. R. Civ. P. 41(a)(2). Plaintiff must file any Notice of Appeal within 30 days of entry of this Order. Motions for costs and attorneys fees shall not be brought by either party until disposition of plaintiff's appeals. Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: October 23, 2006

SUSAN ILLSTON
United States District Judge