```
1  GEORGE M. VLAZAKIS, ESQ., S.B. #88237
   LAW OFFICES OF GEORGE M. VLAZAKIS
2  225 Brush Street
   Oakland, California 94607
3  Telephone: (510) 836-4437
   Facsimile: (510) 836-4464
4
   Attorney for Plaintiff
5  JAMES SINGH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH, | CASE NO.: C 03-5246 SI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE CITY OF OAKLAND, et al., | |
| Defendants. | |

The parties, through counsel, stipulate to a continuance of the Case Management Conference currently set for November 14, 2008 at 2:30 p.m. to February 6, 2009 at 2:30 p.m. before Judge Susan Illston in Courtroom 10 of the Northen District Court located at 450 Golden Gate Avenue, San Francisco, on the 19th floor. The parties, through counsel, shall file a joint case

//
//
//
//
//

**Stipulation and Order to Continue
Case Management Conference**                    1

```
 1  management conference statement seven days before this continued
 2  Case Management Conference.
 3
 4  Dated: _____           LAW OFFICES OF GEORGE M. VLAZAKIS
 5
 6
                                       By:_____
 7                                         GEORGE M. VLAZAKIS
                                       Attorney for Plaintiff
 8                                     JAMES SINGH
 9
    Dated: _____           CITY ATTORNEY'S OFFICE
10                                     CITY OF OAKLAND
11
12                                     By:_____/S/_____
                                           JENNIFER N. MATTHEWS
13                                     Deputy City Attorney for Defendant
                                       CITY OF OAKLAND
14
15       THE ABOVE STIPULATION IS SO ORDERED.
16
17  Dated: _____           _____
                                       The Honorable Susan Illston
18                                     Judge of the U.S. District Court
19
...
28  c:\wpdocs\singh.james\city.of.oakland\pleadings\stip.contin.cmc
```

Stipulation and Order to Continue
Case Management Conference           2

**ATTACHMENT TO**
**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
U.S. District Court, Northern District
**Singh v. City of Oakland**, Case No. C 03-5246 SI

**ATTESTATION TO SIGNATURE(S)**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: _____          _____
                                         **GEORGE M. VLAZAKIS, ESQ.**

c:\wpdocs\sing.james\city.of.oakland\pleadings\signature.attestation.stip.contin.cmc

**Stipulation and Order to Continue**
**Case Management Conference**            3