GEORGE M. VLAZAKIS, ESQ., S.B. #88237
LAW OFFICES OF GEORGE M. VLAZAKIS
225 Brush Street
Oakland, California 94607
Telephone: (510) 836-4437
Facsimile: (510) 836-4464

Attorney for Plaintiff
JAMES SINGH

> REQUEST TO CONTINUE DENIED.
> CASE ALREADY CONTINUED ONCE
> AND NO REASON IS SET FORTH IN
> THIS DOCUMENT FOR THE NEED OF
> A FURTHER CONTINUANCE.
>
> DENIED
> [signature] Judge Susan Illston

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH, | CASE NO.: C 03-5246 SI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE CITY OF OAKLAND, et al., | |
| Defendants. | |

The parties, through counsel, stipulate to a continuance of the Case Management Conference currently set for February 6, 2009 at 2:30 p.m. to April 24, 2009 at 2:30 p.m. before Judge Susan Illston in Courtroom 10 of the Northen District Court located at 450 Golden Gate Avenue, San Francisco, on the 19th floor. The parties, through counsel, shall file a joint case

//
//
//
//
//

Stipulation and Order to Continue
Case Management Conference                1

management conference statement seven days before this continued Case Management Conference.

Dated: _____  LAW OFFICES OF GEORGE M. VLAZAKIS


By:_____
    GEORGE M. VLAZAKIS
Attorney for Plaintiff
JAMES SINGH

Dated: _____  CITY ATTORNEY'S OFFICE
                          CITY OF OAKLAND


By:_____/S/_____
    JENNIFER N. LOGUE
Deputy City Attorney for Defendant
CITY OF OAKLAND

THE ABOVE STIPULATION IS SO ORDERED.

Dated: _____  _____
                          The Honorable Susan Illston
                          Judge of the U.S. District Court

c:\wpdocs\singh.james\city.of.oakland\pleadings\stip.contin.cmc

Stipulation and Order to Continue
Case Management Conference           2

**ATTACHMENT TO**
**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
U.S. District Court, Northern District
<u>Singh v. City of Oakland</u>, Case No. C 03-5246 SI

**ATTESTATION TO SIGNATURE(S)**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: _____       _____/S/_____
                                                              GEORGE M. VLAZAKIS, ESQ.

c:\wpdocs\sing.james\city.of.oakland\pleadings\signature.attestation.stip.contin.cmc.2