```
1  GEORGE M. VLAZAKIS, ESQ., S.B. #88237
   LAW OFFICES OF GEORGE M. VLAZAKIS
2  225 Brush Street
   Oakland, California 94607
3  Telephone: (510) 836-4437
   Facsimile: (510) 836-4464
4
   Attorney for Plaintiff
5  JAMES SINGH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH, | CASE NO.: C 03-5246 SI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE CITY OF OAKLAND, et al., | |
| Defendants. | |

The parties, through counsel, stipulate to a continuance of the Case Management Conference currently set for February 6, 2009 at 2:30 p.m. to April 24, 2009 at 2:30 p.m. before Judge Susan Illston in Courtroom 10 of the Northern District Court located at 450 Golden Gate Avenue, San Francisco, on the 19th floor. The parties, through counsel, shall file a joint case

//
//
//
//
//

**Stipulation and Order to Continue
Case Management Conference**          1

management conference statement seven days before this continued Case Management Conference.

This request for continuance is made on the grounds that the Ninth Circuit Court of Appeals has not yet ruled on Plaintiff's Petition for Rehearing and additional new legal and factual issues may be presented in the District Court, depending upon the Ninth Circuit Court of Appeals' ruling on Plaintiff's Petition for Rehearing.

Dated: _____     LAW OFFICES OF GEORGE M. VLAZAKIS


By:_____
     GEORGE M. VLAZAKIS
Attorney for Plaintiff
JAMES SINGH


Dated: _____     CITY ATTORNEY'S OFFICE
                           CITY OF OAKLAND


By:_____/S/_____
     JENNIFER N. LOGUE
Deputy City Attorney for Defendant
CITY OF OAKLAND

THE ABOVE STIPULATION IS SO ORDERED.

Dated: _____     _____
                           The Honorable Susan Illston
                           Judge of the U.S. District Court

c:\wpdocs\singh.james\city.of.oakland\pleadings\stip.contin.cmc.3

Stipulation and Order to Continue
Case Management Conference            2

**ATTACHMENT TO**
**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
U.S. District Court, Northern District
<u>Singh v. City of Oakland</u>, Case No. C 03-5246 SI

**ATTESTATION TO SIGNATURE(S)**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: _____                    _____
                                          **GEORGE M. VLAZAKIS, ESQ.**

c:\wpdocs\sing.james\city.of.oakland\pleadings\signature.attestation.stip.contin.cmc.3

**Stipulation and Order to Continue**
**Case Management Conference**                3