IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH,<br><br>   Plaintiff,<br><br> v.<br><br>OAKLAND, CITY OF,<br><br>   Defendant.<br>_____ / | No. C 03-05246 SI<br><br>**SECOND<br>PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 14, 2009 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 30, 2009.

DESIGNATION OF EXPERTS:  Pltf. 8/24/09;  Deft. 9/11/09.
 Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 30, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by October 16, 2009;

 Opp. Due October 30, 2009;  Reply Due November 6, 2009;

 and set for hearing no later than November 20, 2009 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 12, 2010 at 3:30 PM.

JURY TRIAL DATE: January 25, 2010  at 8:30 AM.,
 Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be six days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes.  The settlement conference shall occur in July 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                 SUSAN ILLSTON
                 United States District Judge