```
1  GEORGE M. VLAZAKIS, ESQ., S.B. #88237
   LAW OFFICES OF GEORGE M. VLAZAKIS
2  225 Brush Street
   Oakland, California 94607
3  Telephone: (510) 836-4437
   Facsimile: (510) 836-4464
4
   Attorney for Plaintiff
5  JAMES SINGH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH, | CASE NO.: C 03-5246 SI |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF SINGH'S TIME TO RESPOND TO NON-EXPERT DISCOVERY PAST DISCOVERY CUTOFF DATE, AND EXTENDING DEFENDANT CITY OF OAKLAND'S TIME TO FILE A MOTION TO COMPEL DISCOVERY** |
| v. | |
| THE CITY OF OAKLAND, et al., | |
| Defendants. | |

The parties, through counsel, stipulate to extending Plaintiff Singh's time to respond to Defendant City of Oakland's First Request for Production of Documents and Special Interrogatories, Set No. One, propounded to Plaintiff, from September 30, 2009 to and including

//
//
//
//
//
//
//
//
//

**Stipulation and Order Extending Plaintiff's
Time to Respond to Non-expert Discovery**          1

1  October 15, 2009. Defendant's time to bring a motion to compel on this discovery is also
2  extended from October 9, 2009 to and including October 30, 2009.

4  Dated: _____                LAW OFFICES OF GEORGE M. VLAZAKIS

7  By:_____
       GEORGE M. VLAZAKIS
   Attorney for Plaintiff
8  JAMES SINGH

9
10 Dated: _____                CITY ATTORNEY'S OFFICE
                                         CITY OF OAKLAND

12 By:____/S/_____
       JENNIFER N. LOGUE
13 Deputy City Attorney for Defendant
   CITY OF OAKLAND

15     THE ABOVE STIPULATION IS SO ORDERED.

17 Dated: _____                _____
                                         The Honorable Susan Illston
18                                       Judge of the U.S. District Court

28 c:\wpdocs\sing.james\city.of.oakland\pleadings\signature.attestation.stip.discov.extnsn

**Stipulation and Order Extending Plaintiff's**
**Time to Respond to Non-expert Discovery**    2