IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH, | No. C 03-05246 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

This action is dismissed for lack of subject matter jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: November 18, 2009

SUSAN ILLSTON
United States District Judge